## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

IN RE:  SHARI-LYN ANN OBERDORF,

      Case No. 12-11565

    Debtor,

_____

      HONORABLE DENISE PAGE HOOD

    United States of America,

        Movant,

v.

Kirspen S. Carroll, Trustee,

        Respondent.
_____/

## ORDER DENYING MOTION TO WITHDRAW REFERENCE
## and
## ORDER CLOSING CASE

For the reasons set forth in the Opinion entered this date, accordingly,

IT IS ORDERED that the Motion to Withdraw the Reference filed by the United States of America **(Doc. No. 1, 4/6/2012)** is DENIED.

IT IS FURTHER ORDERED that this matter is CLOSED.

        S/Denise Page Hood
        Denise Page Hood
        United States District Judge

Dated:  October 31, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 31, 2012, by electronic and/or ordinary mail.

        S/LaShawn R. Saulsberry
        Case Manager